IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CAROL GAYLOR, an individual,

Plaintiff,

v.

REGIONS FINANCIAL CORPORATION, a Delaware Corporation,

Defendant.

CIVIL ACTION FILE
NO. 2:24-CV-0202-SCJ

**O R D E R**

Counsel having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 7th day of January, 2025.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE